**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GARY E. BLAIS, *Plaintiff*, v. EQUITY ONE, INC., *Defendant*. | [redacted] 06 181ML<br>No. 06-_____ |

## NOTICE OF REMOVAL

Defendant Equity One, Inc., by its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446 hereby files this Notice of Removal of an action from the Superior Court of Rhode Island, Providence County, to the United States District Court for the District of Rhode Island. In support hereof, Equity One hereby states as follows:

1. On March 22, 2006, Plaintiff filed a complaint against Equity One in Providence County Superior Court captioned *Gary E. Blais v. Equity One, Inc.*, C.A. No. 06-1639.

2. Pursuant to 28 U.S.C. § 1446(a), copies of the summons and complaint are attached hereto as *Exhibit A*.

3. This Notice of Removal is timely in all respects under the provisions of 28 U.S.C. § 1446(b).

4. According to Plaintiff's complaint, Plaintiff is an individual resident of the State of Rhode Island.

5. Equity One is a Delaware corporation with its principal place of business in Marlton, New Jersey.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. For the foregoing reasons, this Court has diversity jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

8. Furthermore, Plaintiff's complaint alleges violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1601 *et seq.* ("FDCPA"). Therefore, this Court has jurisdiction over this matter pursuant to the federal question provisions of 28 U.S.C. § 1331.

WHEREFORE, Equity One requests that the above action now pending against it in Providence County Superior Court be removed therefrom to this Court.

April 20, 2006

**EQUITY ONE, INC.**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601 Facsimile

**CERTIFICATION**

I hereby certify that on April 20, 2006 I caused this document to be sent via facsimile and first class mail to:

Gary E. Blais, Esq.
272 Broadway
Providence, RI 02903

Brian J. Lamoureux

# 50222141 v1 - LAMOURBJ - 009999/0001