[redacted] 06 181ML

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GARY E. BLAIS, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 06-_____ |
| EQUITY ONE, INC., | ) | |
| *Defendant.* | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Equity One, Inc., by its undersigned counsel, for its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a), hereby states as follows:

Equity One, Inc. is a wholly owned subsidiary of Popular Financial Holdings, Inc., a Delaware corporation. Popular Financial Holdings, Inc. is a subsidiary of Popular, Inc., a Puerto Rico based public company.

April 20, 2006

**EQUITY ONE, INC.**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601 Facsimile

**CERTIFICATION**

I hereby certify that on April 20, 2006 I caused this document to be sent via facsimile and first class mail to:

Gary E. Blais, Esq.
272 Broadway
Providence, RI 02903

Brian J. Lamoureux

# 50222146 v1 - MEDEIRD - 025984/0001