**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GARY E. BLAIS,<br>*Plaintiff*,<br><br>v.<br><br>EQUITY ONE, INC.,<br>*Defendant*. | No. 06-181 ML |

**DEFENDANT'S SUBMISSION PURSUANT TO 28 U.S.C. § 1447(b) AND LOCAL RULE 81(b)**

Defendant Equity One, Inc., by its undersigned counsel, and pursuant to 28 U.S.C. § 1447(b) and Local Rule 81(b), hereby files the following:

1. A certified copy of the Superior Court docket sheet; and
2. Certified copies of the documents filed in the Superior Court records as follows:
   (a) Civil Case Cover Sheet;
   (b) Complaint;
   (c) Summons;
   (d) Affidavit of Service of Process;
   (e) Affidavit of Amount Due;
   (f) Affidavit and Request for Entry of Default
   (g) Letter to Plaintiff re: removal; and
   (h) Notice of Removal.

April 21, 2006

**EQUITY ONE, INC.**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401-276-2600
401-276-2601 Facsimile

**CERTIFICATION**

I hereby certify that on April 21, 2006 I caused this document to be sent via facsimile and first class mail to:

Gary E. Blais, Esq.
272 Broadway
Providence, RI 02903

Brian J. Lamoureux

# 50222148 v1 - MEDEIRD - 025984/0001

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1639 GARY E BLAIS V EQUITY ONE INC

Filing Date: 03-22-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: LIBEL/SLANDER
Status Date: 04-20-2006

Plaintiff: GARY BLAIS
ID: @10829073

Attorney: GARY BLAIS

Defendant: EQUITY ONE INC
ID: @10829074

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-22-2006 | COMPLAINT FILED | |
| 03-22-2006 | INITIAL FILING FEE | |
| 03-22-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP223160. |
| 04-14-2006 | AFFIDAVIT OF SERVICE FILED | |
| 04-14-2006 | AFFIDAVIT FILED | |
| 04-14-2006 | AFFIDAVIT OF SERVICE FILED | |
| 04-14-2006 | APPLICATION ENT DEFAULT FILE | |
| 04-14-2006 | DEFAULT ENTERED | . |
| 04-20-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 04-20-2006 | CASE REMVD TO US DISTRICT CT | |
| 04-20-2006 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL TO US DISTRICT COURT FILED BY PLTF |

True Copy...