**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GARY E. BLAIS, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | 06-181ML |
| EQUITY ONE, INC., | ) | |
| *Defendant.* | ) | |

**AFFIDAVIT OF MARY B. FISHER IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT**

1. I, Mary B. Fisher, under oath, state as follows:

2. The following facts are of my personal knowledge and are true, except those stated to be based on information and belief, and as to those, I believe them to be true.

3. I am an Assistant Vice President and Assistant Counsel for Popular Financial Holdings, Inc. ("PFH"), a Delaware corporation with its principal place of business at 301 Lippincott Drive, Marlton, New Jersey, 08053.

4. Equity One, Inc. ("Equity One") is a wholly owned subsidiary of PFH. Equity One is also a Delaware corporation with its principal place of business at 301 Lippincott Drive, Marlton, New Jersey, 08053. Equity One's President, Secretary and Treasurer are all located at this address.

5. Equity One is a state licensed mortgage and consumer lender that does business in approximately 43 states. Equity One has registered with the Rhode Island Secretary of State to do business in Rhode Island and has appointed CT Corporation in Providence as its agent for service. Equity One holds lender license #96006616 in Rhode Island.

6. The Plaintiff currently has a mortgage with Equity One. Under the terms of Plaintiff's mortgage with Equity One, Plaintiff's mortgage payments of $1,282.71 are due by the first of each month, but there is a fifteen-day grace period before late charges are imposed.

7. The Plaintiff made his February 1, 2006 mortgage payment on February 22, 2006. However, the payment was for only $1,251.00, which is $31.72 less than the amount that the Plaintiff is required to pay. Because a full payment was not received, Equity One's loan accounting system applied the funds received to a suspense account. Plaintiff made no further payment before February 28th, the last day of the month. Thus, as of that date, the Plaintiff still had not made his February 1, 2006 payment in full.

8. Equity One's electronic tape records are sent to the credit bureaus on the second Tuesday of each month. These records take a snapshot of the debtor's account on the last day of the previous month. In this case the record of the Plaintiff's account reflected his status as being due for his February 1, 2006 payment. Equity One sent this report to the credit bureaus on or about March 14, 2006.

9. On March 8 and 9, 2006, calls were placed by Equity One's collection department to Plaintiff to determine why his account was not current. On March 10, 2006, Equity One performed a courtesy for Plaintiff and removed the short payment of $1,251.00 from suspense, applied that payment to his account, resulting in a shortage in Plaintiff's escrow account.

10. On March 22, 2006, the Plaintiff had a conversation with Equity One's customer service department wherein he disputed the February delinquency that was allegedly reflected on his credit report. Despite the fact that Plaintiff had not timely made his February 1, 2006 payment in full, and that Equity One reported Plaintiff's payments accurately, Equity One, as a courtesy to Plaintiff, advised Plaintiff that they would amend his credit report to remove the

delinquency. Thereafter, Equity One performed a credit report amendment through a web-based reporting system used by the three major credit reporting bureaus.

11. Despite Equity One's statement to Plaintiff that his credit report would be amended, as well as the apparent resolution of the issues with his account, Plaintiff sent two letters to Equity One on March 22, 2006. The Plaintiff also filed the above captioned lawsuit on that same day and purportedly served the Summons and Complaint on March 24, 2006. However, Plaintiff's purported service was defective. He mailed the Summons and Complaint to 112 Woodcrest Road, Cherry Hill, NJ 08003. Equity One does have a servicing center in Cherry Hill, NJ, but its address is 121 Woodcrest Road, Cherry Hill, NJ 08003. Nevertheless, that address is not the proper corporate headquarters, which are in Marlton, New Jersey. Further, Plaintiff did not address the Summons and Complaint to Equity One's corporate headquarters, president, secretary, treasurer, attorney or agent for service of process, as required by Rhode Island law and court rules.

Signed under pains and penalties of perjury this 20th day of April, 2006.

Mary B. Fisher

STATE OF NEW JERSEY
COUNTY OF BURLINGTON

Subscribed and sworn to before me on this 20TH day of April 2006.

Notary Public
My Commission Expires: LORETTA P ANTHONY
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT 1, 2007