# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. Click Here for help with Boolean Searches

Submit | Reset

---

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing for:
2004: (View in Browser) OR (Save to PC)

2005: OR

2006: OR
(Note: You Need Adobe Reader Version 7 or above to create an auto-filled annual report, Click Here for the free download)

---

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, Click Here

---

## ID# 86877

## EQUITY ONE, INC.

**Elected Name:** Equity One Mortgage Company

**Purpose:** TO PROVIDE MORTGAGES AND CONSUMER LOANS

**General Information**

**Status:** AC
**Charter:** FBC
**Chapter:**
**State:** DELAWARE
**Duration:** PERPETUAL
**File Date:** 11 /10 /1995
**Effective Date:** N/A
**Last Report Date:** 01/09/2006

**Annual Report Image:**
2004 Annual
2005 Annual
2006 Annual
**Help On Viewing Annual Reports**

**Sic Code: 6148--Credit institutions & mortgage bankers**

**Authorized Shares: 3,000,000 $1.00 PAR VALUE**

---

**Business Address**

EQUITY ONE, INC.
310 LIPPINCOTT DRIVE
MARLTON, NJ 08053-, USA
(856)396-2300

**Name and Address of the Registered/Resident Agent**

CT CORPORATION SYSTEM
10 WEYBOSSET STREET
PROVIDENCE, RI02903 USA
Agent is active...Registered office is maintained

**Primary Officer/Director/Partner/Manager Information**

**Title:** PRESIDENT
CAMERON E WILLIAMS
301 LIPPINCOTT DRIVE
MARLTON, NJ08053-, USA

**Mailing Information**

N/A

**Event Information**

Activity

Fictitious Names Activity

Corporations Division
Office of the Secretary of State Matthew A. Brown
148 West River St.
Providence, RI 02904
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams