LAW OFFICE OF GARY E. BLAIS, ESQ.

Admitted R.I. 1984

(401) 273-9720
Fax: (401) 273-0923
E-Mail:blaze424@yahoo.com

March 22, 2006

Equity One
112 Woodcrest Road
Cherry Hill, NJ 08003
ATTN: Customer Service Department

Re: **Loan Number 000700065920**

Dear Sir/Madam:

This letter communicates not only my displeasure with your recent misrepresentation upon my credit report but also my intent to file a defamation action against your company for intentional damage to my credit report.

On this date I received an update of a negative report upon my credit report from Experian.com. You have listed a negative that I have been over thirty (30) days overdue in mortgage payments to your company. (Annexed is the report notice).

I have never been overdue by thirty days and I demand that you correct this deficiency immediately. If my account with Equifax, Experian and all other credit reporting services is not corrected within thirty (30) days I will file suit against you for defamation and other lawful causes of action.

I demand a response immediately upon your receipt of this communication and the proof of my payments being past due more than thirty (30) days.

I have every check that has been posted and they all have been accepted and paid before the fifteenth of each and every month. This is the only notice that you will receive before suit is filed and I will demand punitive damages. A recent action for similar defamation resulted in a multi-million dollar verdict. I suggest you correct this information.

Sincerely

Sincerely,

Gary E. Blais

272 BROADWAY • PROVIDENCE, RHODE ISLAND 02903