UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GARY E. BLAIS,

*Plaintiff,*

v.

EQUITY ONE, INC.,

*Defendant.*

06-181ML

## STIPULATION OF DISMISSAL

Plaintiff and Defendant hereby stipulate and agree that this action may be dismissed with prejudice and without costs to any party.

**GARY E. BLAIS**

*Pro Se*

Gary E. Blais
272 Broadway
Providence, RI 02903
401 273 9720

**EQUITY ONE, INC.**

By its Attorneys,

Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile
bjl@brownrudnick.com

## CERTIFICATION

I hereby certify that on May 5, 2006 I caused this document to be sent via facsimile and first class mail to:

Gary E. Blais
272 Broadway
Providence, RI 02903

Brian J. Lamoureux

Enter: Mary M. Lisi USDJ 5/8/06

# 50222283 v1 - LAMOURBJ - 025984/0001